# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRUZ TORRES-GONZALEZ,<br><br>Defendant. | Case No. 22CR2548-JLS<br><br><br>**ORDER CONTINUING MOTION HEARING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the *Motion Hearing/Trial Setting* in this case be continued from December 16, 2022 at 1:30 p.m. to January 27, 2023 at 1:30 p.m.  For the reasons set forth in the joint motion, time is  excluded in the interest of justice, under the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

**SO ORDERED.**

Dated:  November 29, 2022

Hon. Janis L. Sammartino
United States District Judge